UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| LUIS ENRIQUE AREVALO,<br><br>             Petitioner,<br><br>   v.<br><br>ROBERT A. HOREL, Warden,<br><br>             Respondent. | SA CV 08-749-JSL (SH)<br><br>JUDGMENT |

     Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: January 5, 2009

 

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE